1309 Stephenson Road
Lithonia Georgia 30058
March 13, 2018

The Judge and Clerk
United States District Court
515 Rusk Street,
Houston, Texas 77002

I am sueing you after treaty. Treaty is not conspiracy. My nuclear is set in Russia. My allies are exception until United States Government, CIA, United States Police, and the 46 states comply. Keep off my extended family and my businesses. Face the wall when coincidentally. I will hit the United States Government like I am educated. $18 trillion for conspiring my exception.

And insisting on having the right to remove and hit any conspiracy building or center field and places that look like it.

Yours sincerely,
Dotun Fakeye